UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

JESSE BELL,

       Plaintiff,

v.

KELLY TRACTOR CO.,

       Defendant.

_____|

## **COMPLAINT**

COMES NOW, Plaintiff, JESSE BELL ("BELL"), files this Complaint against Defendant, KELLY TRACTOR CO. ("KELLY TRACTOR"), for discrimination and retaliation in violation of the Age Discrimination in Employment Act, 29 USC § 621-634 ("ADEA") and, in support, he alleges as follows:

## **JURISDICTION & VENUE**

1.      This is an action for violation of the ADEA for which this Court has federal question jurisdiction.

2.      BELL, at all relevant times, worked for KELLY TRACTOR in this District.

3.      KELLY TRACTOR is a Florida corporation which, at all times material, conducted substantial and continuous business in this District.

1

*BELL v. KELLY TRACTOR*
*Complaint*

4.      KELLY TRACTOR is subject to the jurisdiction of this Court due to the

engagement in substantial and not isolated activity within this judicial district and

because it operates, conducts, engages and/or carries on business in this judicial district.

5.      Venue is appropriate because the unlawful employment practices

committed in violation of the ADEA occurred in this District.

## CONDITIONS PRECEDENT

6.      BELL has complied with all conditions precedent, including timely dual-

filing his Charge of Discrimination with the EEOC, prior to bringing this lawsuit or they

have been waived.

## GENERAL ALLEGATIONS

8.      BELL is a Member of a protected class due his age, 75 years old, at all

relevant times.

9.      At all relevant times, BELL worked for KELLY TRACTOR from

approximately 2014 to December 4, 2020, when he was constructively discharged and/or

wrongfully terminated.

10.      KELLY TRACTOR is a Florida corporation and an "employer" within the

meaning of ADEA, since it employs in excess of 15 employees.

11.      KELLY TRACTOR is in the business of selling Caterpillar brand equipment

and other material handling lines.

2

*BELL v. KELLY TRACTOR*
*Complaint*

12.　At all times material hereto, BELL was an "employee" of KELLY

TRACTOR.

13.　At all relevant times, BELL held the position of Landoll Specialist Trainer.

14.　At all relevant times, BELL was the oldest Trainer at KELLY TRACTOR.

15.　BELL worked in this industry for over 40 years.

16.　BELL trained other Specialist on the Landoll line, including Geoffrey A.

Ryan, who is approximately 30 years old.

17.　As Training Instructor, BELL contacted the salesmen weekly and scheduled

appointments together. Sometimes he made the first call to a client.  But oftentimes, he

brought in the sales person and did on-site training on the Landoll equipment he sold.

For this position, Mr. Bell would have his base office in Miami and was required to travel

to the office on an as-needed basis, since his training was done at the clients' locations

throughout South Florida.

18.　To enable him to perform his job and in light of the large volume of mileage,

KELLY TRACTOR supplied him with a company car.

19.　At all relevant times, BELL received praise for his performance and

received bonuses, promotions and compensation as a result of his performance.

20.　On or about November 23, 2020, KELLY TRACTOR told BELL that they

were "thinking about dropping the [Landoll] line" and that it was eliminating BELL's

position, which was untrue; especially since , on or about November 25, 2020, Geoffrey

3

*BELL v. KELLY TRACTOR*
*Complaint*

Ryan took over the Landoll accounts BELL handled and continues in that position to this

day selling Landoll.

21.    On or about November 23, 2020, KELLY TRACTOR told BELL, he would

have no title, would no longer have use of the company car, and would have to report to

the Miami facility which was over 100 miles away from his home.

22.    KELLY TRACTOR told BELL would need to physically come to the Miami

location "every day" without the use of his company car.

23.    BELL's position has now been filed by a significantly younger employee

whom he trained.

24.    Thereafter, KELLY TRACTOR stripped him of his supervisory duties, his

company car, his core job duties and required him to be in-person in the offices located

in this District that was over 100 miles away from his home.

25.    Faced with these untenable demotions and adverse job actions, BELL told

KELLY TRACTOR that he could not work under those conditions.

## ATTORNEYS' FEES

26.    BELL has retained the undersigned counsel and has agreed to pay

reasonable attorneys' fees.

## COUNT I-AGE DISCRIMINATION UNDER THE ADEA

27.    BELL repeats and realleges allegations 1 through 26 as though fully stated

herein.

4

*BELL v. KELLY TRACTOR*
*Complaint*

28.     BELL belongs to a protected class, since he was 75 years old at all relevant times when he was subjected to discrimination by KELLY TRACTOR.

29.     BELL was subjected to discriminatory treatment due to his age in the terms and conditions of his employment, including but not limited to being subjected to a demotion in his job duties and prestige of position, increased scrutiny, and being replaced by a much younger person, among other things.

30.     On the other hand, significantly younger employees received more favorable terms and conditions of employment such as remaining employed despite having less experience than BELL.

31.     BELL was allegedly forced to resign due to the untenable working conditions and discriminatory treatment he suffered that was motivated by his age.

32.     KELLY TRACTOR's reasons for its demotion and adverse treatment  of BELL are pretextual, at best.

33.     BELL was qualified for his position and the position that KELLY TRACTOR gave to Mr. Ryan.

34.     BELL's age was the reason for KELLY TRACTOR's decision to provide differential terms and conditions of employment, including but not limited to his demotion.

35.     Due to KELLY TRACTOR treatment of him, BELL has suffered damages, including but not limited to backpay and for humiliation and emotional distress.

CADOGAN LAW | 300 S. PINE ISLAND ROAD, SUITE 107 | PLANTATION, FL 33324 | T: 954.606.5891 | F: 877.464.7316

*BELL v. KELLY TRACTOR*
*Complaint*

36.     BELL has retained the undersigned law firm and is entitled to the recovery

of his reasonable attorneys' fees.

WHEREFORE, as to Count I, Plaintiff, JESSE BELL, respectfully requests that this

Court grant judgment in his favor and against Defendant, KELLY TRACTOR, and award

damages, including but not limited to backpay, reinstatement or frontpay, compensatory

damages, fees and costs pursuant to 29 USC § 216, 42 USC § 1988,  and such other further

relief that this Court deems just and equitable.

## **COUNT II-RETALIATION  IN VIOLATION OF THE ADEA**

37.     BELL repeats and realleges allegations 1 through 26, as though fully stated

herein.

38.     At all relevant times, BELL was engaged in activity protected under ADEA

in that he complained and opposed the adverse job actions he suffered.

39.     After he complained about the afore-mentioned discriminatory treatment

of him, BELL suffered adverse actions by KELLY TRACTOR, including demotion which

were causally connected to his engagement in protected activity.

40.     KELLY TRACTOR's reason for the adverse job actions taken against BELL

are pretextual, at best.

41.     Due to KELLY TRACTOR treatment of him, BELL has suffered damages,

including but not limited to backpay and for humiliation and emotional distress.

CADOGAN LAW |  300 S. PINE ISLAND ROAD, SUITE 107  |  PLANTATION, FL 33324  |  T: 954.606.5891  |  F: 877.464.7316

*BELL v. KELLY TRACTOR*
*Complaint*

42.     BELL has retained the undersigned law firm and is entitled to the recovery

of reasonable attorneys' fees.

WHEREFORE, as to Count I, Plaintiff, JESSE BELL, respectfully requests that this

Court grant judgment in his favor and against Defendant, KELLY TRACTOR, and award

damages, including but not limited to backpay, reinstatement or frontpay, compensatory

damages, fees and costs pursuant to 29 USC § 216, 42 USC § 1988,  and such other further

relief that this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff, JESSE BELL, demands a trial by jury on all issues so triable.

Dated: August 20, 2021

By:     /s/ *Gina Cadogan*
        GINA MARIE CADOGAN
        Fla. Bar. 177350
        Cadogan Law
        300 S. Pine Island Road, Suite 107
        Plantation, FL 33324
        Telephone: 954.606.5891
        Facsimile: 877.464.7316
        Email: gina@cadoganlaw.com
        Email: kathy@cadoganlaw.com